**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Gonzalo TAFOYA–ARELLANO,**
**Defendant—Appellant.**

**No. 07–30085.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2007.*

Filed Sept. 17, 2007.

Thomas J. Hanlon, Esq., Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Alex B. Hernandez, III, Esq., Federal Defenders of Eastern Washington & Idaho, Yakima, WA, Tracy A. Staab, Esq., Federal Public Defender's Office (Eastern WA & ID), Spokane, WA, for Defendant–Appellant.

Before: PREGERSON, THOMAS and RAWLINSON, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Any error by the district court in enhancing appellant's sentence based on his removal "subsequent to" an aggravated felony conviction, which was neither proven beyond a reasonable doubt at trial nor admitted by appellant, did not violate appellant's substantive rights. *See United States v. Covian–Sandoval*, 462 F.3d 1090, 1097–98 (9th Cir.2006). In addition, the United States Supreme Court's decision in *Almendarez–Torres v. United States*, 523 U.S. 224, 247, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), remains binding on this court until the Court overrules it. *See United States v. Weiland*, 420 F.3d 1062, 1079 n. 16 (9th Cir.2005).

Accordingly, the government's motion for summary affirmance of the district court's judgment is granted.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

All pending motions are denied as moot.

**AFFIRMED.**